

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00332-CR

JOSE ALFREDO HUERTA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 5280, Honorable Ron Enns, Presiding

December 28, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant, Jose Alfredo Huerta, and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.